In the Matter of HARRY G. VAN WORMER, Petitioner, v. VINCENT A. TOFANY, as Commissioner of Motor Vehicles, Respondent.—*Per Curiam.*

Gibson, P. J., Reynolds, Aulisi, Staley, Jr., and Gabrielli, JJ., concur in memorandum *Per Curiam.*